# Exhibit C.

*CC. Lynch*

# THOMPSON, HINE AND FLORY

### ATTORNEYS AT LAW

1100 NATIONAL CITY BANK BUILDING

629 EUCLID AVENUE

CLEVELAND, OHIO 44114-3070

AKRON, OHIO
BRUSSELS, BELGIUM
CINCINNATI, OHIO
COLUMBUS, OHIO
DAYTON, OHIO
LANDOVER, MARYLAND
PALM BEACH, FLORIDA
TORONTO, ONTARIO
WASHINGTON, D.C.

(216) 566-5500
FAX (216) 566-5583
TELEX 980217

WRITER'S DIRECT
DIAL NUMBER

April 6, 1994

(216) 566-5839

**VIA FEDERAL EXPRESS**

Ms. Helene Rodgville
Black & Decker
701 East Joppa Road (TW 173)
Towson, Maryland 21286

Re:  Huth Oil Services Company Site

Dear Ms. Rodgville:

Pursuant to your request, enclosed you will find copies of the documents currently in our possession evidencing Black & Decker's connection to the above-referenced site.  To assist you in your review of those nexus documents, I also have enclosed several additional documents which provide background information concerning the site.  Finally, I have enclosed a copy of the March 25, 1994 memorandum to the Huth Oil Site PRPs setting out the Huth Oil Group's settlement offer.

All of these documents as well as various other informational mailings, were previously sent to Black & Decker at its Joppa Road address.  Therefore, I cannot explain why you apparently have not previously received any of the documents.

Please call me once you have had an opportunity to review the documents so that we may further discuss the matter.

Very truly yours,

David M. Dumas

DMD/bat
enclosure

CONFIDENTIAL
INFORMATION
BD105-1481

**PRIVILEGED AND CONFIDENTIAL**
**FOR SETTLEMENT NEGOTIATION PURPOSES ONLY**

JAMES R. O'BRIEN
PRODUCT LIABILITY COUNSEL FOR
BLACK & DECKER CORPORATION

**MEMORANDUM**

MAR 29 1994

TO:        Huth Oil Site PRPs

FROM:      The Huth Oil Group, consisting of Ashland
           Chemical, Inc., Centerior Service Company as
           agent for The Cleveland Electric Illuminating
           Company, and the General Electric Company

ATTORNEY-CLIENT/WORK PRODUCT
COMMUNICATION

DATE:      March 25, 1994

RE:        Huth Oil Settlement Process Status
           Report and Settlement Offer

_____

     We are writing to provide a status update on the Huth Oil
Settlement Process, and to offer you the opportunity to settle
your share of liability under CERCLA Section 107 to the Huth Oil
Group for the cleanup of the Huth Oil Service Company site (the
"Site").  The Group has incurred approximately $13.5 million in
total costs, which include site cleanup, EPA oversight, and PRP
investigation costs.

     The Huth Oil PRP Review and Allocation Committee
("Committee"), consisting of both the Huth Oil Group and other
Site PRPs, met on December 9, 1993 and February 7, 1994.  The
Committee discussions focused on whether information-gathering
from the Site PRPs was needed to develop a settlement approach or
whether the information contained in the document depository was
sufficient to allocate clean-up costs among the PRPs.  At the
first meeting, most Committee members were unwilling to consider
answering an information request prepared by the Huth Oil Group
before having the opportunity to review the Site documents.  A
subcommittee, consisting of several of the non-Huth Oil Group
PRPs, was formed to review the depository documents and to report
back to the Committee regarding whether the subcommittee believed
the existing information was sufficient to prepare a Site
allocation.

     At the second Committee meeting, the subcommittee members
reported that, in their opinion, although the information in the
document depository is incomplete, the information nonetheless
provides a sufficient basis for allocating the Site cleanup
costs.  The subcommittee members also opined that, despite the
lack of complete information, efforts to collect additional
information from Site PRPs would be unlikely to provide any
meaningful contribution to the overall information contained in
the document depository.

CONFIDENTIAL INFORMATION
PRIV16-03656

Although we disagreed with the subcommittee's assessment of the Site information, we have prepared the following settlement proposal to accommodate the Site PRPs' desire to settle this matter without incurring additional transaction costs. Based on a thorough evaluation of all the available information, each Site PRP has been assigned to one of six categories or "tiers" according to the approximate volume of that PRP's material that went to the Site. Attached to this Memorandum is the list of Site PRPs organized by tier. The six tiers and the corresponding allocation of cleanup costs by tier are as follows:

Tier I:    1,000,000 gallons or more;
           Site costs to be allocated among
           the 11 Tier I PRPs: $4.4 million

Tier II:   500,000 to 999,999 gallons;
           Site costs to be allocated among
           the 9 Tier II PRPs: $2.7 million

Tier III:  250,000 to 499,999 gallons;
           Site costs to be allocated among
           the 22 Tier III PRPs:    $4.4 million

Tier IV:   50,000 to 249,999 gallons;
           Site costs allocated to each
           Tier IV PRP:    $50,000

Tier V:    10,000 to 49,999 gallons;
           Site costs allocated to each
           Tier V PRP:  $10,000

Tier VI:   1 to 9,999 gallons;
           Site costs allocated to each
           Tier VI PRP:  $5,000

The Huth Oil Group will allocate to itself $1.2 million of the clean-up costs, which is equivalent to the settlement amount for three Tier I PRPs.

If your organization is in Tier I, II or III, the Huth Oil Group's settlement offer is extended to you and the other PRPs in your tier as a group. Therefore, you must decide collectively, as a tier, whether to accept our settlement offer. Within your tier, though, you are free to allocate the tier's assigned aggregate settlement amount as you choose. Settlors in Tiers I through III must collect their respective members' payments and submit them to the Huth Oil Group.

- 2 -

CONFIDENTIAL INFORMATION
PRIV16-03657

The Huth Oil Group is extending this settlement offer to Site PRPs in Tiers IV, V and VI individually. If your organization is in Tier IV, V or VI, you can accept the offer without coordinating with the other Site PRPs within your tier.

If you are interested in accepting this settlement offer, the Huth Oil Group will provide you with a settlement agreement that sets forth the terms of our offer. The Huth Oil Group's settlement offer to all Site PRPs includes a covenant not to sue for costs incurred by the Group in complying with EPA Administrative Order No. V-W-90-C-74, and an agreement to indemnify you in the event you are sued for recovery of cleanup costs by non-settling PRPs. In exchange for this protection, you must covenant not to sue the Huth Oil Group members and the other settling PRPs.

Tier I through III settlors will receive a complete liability release for matters covered by the agreement. However, Tier IV, V and VI settlors will be subject to a limited "reopener" because of uncertainty regarding the volumetric contribution to the Site by members of these bottom three tiers. If the Huth Oil Group discovers that a Tier IV, V or VI settlor's Site volume was 50% higher than the maximum tier volume for that settlor, then the settlement can be "reopened" and additional payments sought from the PRP commensurate with the amounts paid by settlors who contributed similar volumes to the Site. Thus, if the Group subsequently discovered that a Tier V settlor had sent 75,000 gallons to the Site, then the settlement could be reopened and a Tier IV settlement amount sought.[1]

If you are interested in accepting this settlement offer, please contact Dave Dumas by April 8, 1994. Mr. Dumas can be reached at:

> Dave Dumas, Esquire
> Thompson, Hine & Flory
> 1100 National City Bank Bldg.
> 629 Euclid Ave.
> Cleveland, OH 44114-3070
> (216) 566-5500

If you would like to attend a meeting to discuss the settlement proposal, please let us know and we will arrange one in

---

[1] Tier V covers volumes ranging from 10,000 to 49,999 gallons. 50% of 49,999 (the maximum Tier V volume) = just under 25,000 gallons. 25,000 gallons + 49,999 gallons = 74,999 gallons.

- 3 -

CONFIDENTIAL INFORMATION
PRIV16-03658

Cleveland.  The Huth Oil Group intends to file a cost recovery action against PRPs who do not accept the settlement offer.

Finally, we previously invited you to review the Site information in the document depository.  If you would like to visit the depository, please call Dolores Hoge-Joyce at (216) 566-5626 to schedule an appointment.

CONFIDENTIAL INFORMATION
**PRIV16-03659**

## TIER ASSIGNMENTS FOR HUTH SETTLEMENT PROCESS

### PRIVILEGED AND CONFIDENTIAL:
### FOR PURPOSES OF SETTLEMENT NEGOTIATIONS ONLY

**Tier I -**    **1,000,000 gallons or more.**

Administrator of the National Aeronautics and Space
  Administration (NASA)
Amoco
Arco Company
Bendix Automation Co.
City of Cleveland (Cleveland Hopkins International
  Airport)
General Motors Company
Mobil Oil Corporation
Shell Oil Company
Standard Oil Company
Sun Oil Company
Westinghouse Electric Corporation

**Tier II -- 500,000 to 999,999 gallons.**

BF Goodrich Co.
Chase Brass & Copper Company
Chrysler Corporation
Ford Motor Company
Gulf Oil Company
Research Oil Co.
Texaco Co., Inc.
TRW, Inc.
USX Corporation (US Steel)

**Tier III - 250,000 to 499,999 gallons.**

Browning Ferris Industries
Copperweld Steel
East Ohio Gas
Fleet Wing Corporation
Glidden Company
Goodyear Tire and Rubber Company
Lubrizol
Ohio Bell Telephone Company
Ohio Edison Company
Painesville Electric Power
Perfection Corporation
The Pittsburgh & Conneaut Dock Company
Youngstown Steel Door

CONFIDENTIAL INFORMATION
**PRIV16-03660**

<u>TIER ASSIGNMENTS FOR HUTH SETTLEMENT PROCESS</u>

PRIVILEGED AND CONFIDENTIAL:
FOR PURPOSES OF SETTLEMENT NEGOTIATIONS ONLY

**Tier IV -- 50,000 to 249,999 gallons.**

AAMCO Transmission
Acme Scrap Iron & Metal Corp.
Action Oil
American Shipbuilding
Auto Electric
Avis Company
BE-KAN
Bearings, Inc.
Black & Decker
Borg Warner Automotive
CCC Highway
Central Cadillac
Cleveland Board of Education
City of Cleveland - City Hall
Cleveland Fire Dept., Cleveland Department of Public
    Safety
Cleveland Plain Dealer
Cleveland Trinidad Paving Co.
Columbia Gas of Ohio
Commercial Intertech Corporation (Commercial Shearing,
    Inc.)
DeLorean Cadillac
Eaton  Yale/Eaton  Axle Division  (Eaton Corporation)
Envirosource, Inc. (White Motor Corp)
Fruehauf Trailer Corp.
Garfield Heights Coach Lines, Inc.
Homan Oil Service, Inc.
Interlake Steam Ship Company (Pickands Mather & Co.)
International Harvester (Tenneco, NAVISTAR)
Kaiser Aluminum Corporation
Koppers Company (Beazer East, Inc.)
Lincoln Electric
Litton Great Lakes
Mercer Forge Company
Ohio Broach & Machine Company
Ohio Machinery
P&K Oil Service, Inc. (Kevin Kreiger)
Packard Electric
Peerless Oil Company (William Carlin)
Pepsi Cola
Picker X-Ray
Pitt Road Oil Company
Pittsburgh and Lake Erie Railroad Company
Regional Transit Authority/RTA
Rockwell International Corporation
Ross Industries
R.P. & C. Valve (White Consolidated Ind.)

CONFIDENTIAL INFORMATION
PRIV16-03661

## TIER ASSIGNMENTS FOR HUTH SETTLEMENT PROCESS

### PRIVILEGED AND CONFIDENTIAL:
### FOR PURPOSES OF SETTLEMENT NEGOTIATIONS ONLY

**Tier IV (continued)**

> Secretary of the United States, Department of Defense
> Secretary of the United States, Department of Veterans
>   Affairs
> Sears Roebuck
> A. Shaw Company
> City of Solon
> Tennessee Gas Pipeline Company
> Trenco Manufacturing
> Union Carbide Corporation
> United Parcel Service
> Universal Joint
> Wean United
> Youngstown Municipal Airport

-3-

CONFIDENTIAL INFORMATION
**PRIV16-03662**

## TIER ASSIGNMENTS FOR HUTH SETTLEMENT PROCESS

### PRIVILEGED AND CONFIDENTIAL:
### FOR PURPOSES OF SETTLEMENT NEGOTIATIONS ONLY

**Tier V -**    **10,000 to 49,999 gallons.**

American Steamship Co. (GATX Corporation)
Arthur Pontiac, Inc.
Aurora School District
Automatic Sprinkler Corp.
Bill Koehler Service Center, Inc.
Central Brass Manufacturing Co.
City of Cleveland - Maintenance Department of Public
  Services
City of Cleveland - Cleveland Labs, City of Cleveland
  Department of Health
City of Euclid
City of Mayfield Heights
Cobbledick Inc.
Coca-Cola Bottling Co.
Columbia School Board of Education
Commercial Lovelace Motor Freight Inc.
Conrail (Consolidated Rail Corporation)
Copes-Vulcan (White Consolidated Industries)
Diver-Steel City Auto Crusher, Inc.
E.I. duPont deNemours & Co.
Ellacott Shaker Volkswagen, Inc.
Euclid City School District
Flambeau Products Corporation (Vicheck Plastic Co.)
Fred Stecker Oldsmobile, Inc.
Globokar Marathon Service
Hertz Penske Truck Rental
Independent Towel Supply - United Service Company
Industrial Rayon/I.R.C. Fibers (American Cyanamid)
International Salt Co. (AKZO Salt)
J & E Oil Service (Petromart)
Jay Pontiac
Junction Auto Sales, Inc.
Keen Transport, Inc.
Kincaid's Sohio
Kuhnle Brothers, Inc.
Lexington Precision Corporation (Perry Plastics)
Locke Machine
Marshall Motor Company/Marshall Ford
Matlack, Inc.
Mentor Marina
Midwest Rubber Reclaiming Company
National Dairy Products Corp./Sealtest Foods Division
National Forging, Inc.
Niles Expanded Metals (NMA Inc.)
Northfield Miles Shell
Ohio Department of Transportation
Orange City Schools

CONFIDENTIAL INFORMATION
PRIV16-03663

## TIER ASSIGNMENTS FOR HUTH SETTLEMENT PROCESS

### PRIVILEGED AND CONFIDENTIAL:
### FOR PURPOSES OF SETTLEMENT NEGOTIATIONS ONLY

**Tier V (continued)**

Parker Hannifin
Parker Refining Company
Parma City School District
PPG Industries
Premix, Inc.
QUA Buick Inc.
RMI Titanium
Schade's Garage Services
Snow Metal Products
Spitzer Ford Inc.
Universal Oil Inc.
Usher Oil Company (Ben Baron)
Warner & Swasey (Giddings & Lewis, Inc.)
The Weldon Tool Co.
Wickliffe Schools
Willoughby-Eastlake City School District
Zurn Industries

CONFIDENTIAL INFORMATION
PRIV16-03664

**TIER ASSIGNMENTS FOR HUTH SETTLEMENT PROCESS**

**PRIVILEGED AND CONFIDENTIAL:**
**FOR PURPOSES OF SETTLEMENT NEGOTIATIONS ONLY**

**Tier VI - 1 to 9,999 gallons.**

Abex Corp
All Souls Cemetery
Allegheny Corp.
Amalgamated Transit
Artex Graphics and Printing
Belco Petroleum (ENRON Corp.)
Better Baked Goods Company
Bickwell Trading Corporation
Boykins Management Co.
Brainard Strapping (Sharon Steel)
Brecksville Board of Education
Canton Drop Forge, Inc.
Case Western Reserve University
Champion Commercial Industries, Inc.
Chesterland Auto Body Shop, Co.
Clark Oil (Horsham Corp.)
Clark Equipment
Cleveland Punch & Die Co.
Cleveland Terminals (CSX)
Commercial Motor Freight
Cowles Chemical Co. (Cowles Tool Company)
Detroit Pittsburgh Motor Freight
Diamond Shamrock (Occidental Chemical)
Dundee Cement Co. (Holnam, Inc.)
Electric Service Co.
Electro-Motive
Erie Presses
Flexo Products Co.
The Formweld Products Co.
Franklin Oil Co.
Gerald Plastics
Gleasson Drive Inc. (Gleasson Corp.)
Goodall Rubber Co.
Goulds Pump
Gust & Adolfo Auto
Hammermill Paper Company (International Paper)
Industrial Paper Products
Line Material (Cooper Power Systems, McGraw Edison
  Power Systems)
Madison Village Sewer Department
McDonnell Douglas Aircraft (McDonnell Douglas
  Corporation)
National Distillers Chemical (Quantum Chemical Corp.)
National Biscuit Co. (RJR Nabisco, Inc.)
Nook Industries, Inc./Skidmore Gear Co. Division
The Oakite Corporation

CONFIDENTIAL INFORMATION
**PRIV16-03665**

## TIER ASSIGNMENTS FOR HUTH SETTLEMENT PROCESS

### PRIVILEGED AND CONFIDENTIAL:
### FOR PURPOSES OF SETTLEMENT NEGOTIATIONS ONLY

**Tier VI (continued)**

Ohio Fast Freight Company, Inc.
Pennsylvania Power & Light Company
Pittsburgh Testing Labs (Professional Service
   Industries)
Powell Brakes Service (Power Brake Service & Equip.
   Co.)
R&R Sun Ray Builders Inc.
Sno Top Mushroom Farms
Southway Service
Standard Steel Products
Steve Barry Buick
Stoney's Towing Service
Tuff-Kote Dinol
Tyroler Metal
United Metal Fabricators
Universal Valve & Fitting
Van Dorn Plastic Machinery
Walker Brothers - Buick-Chevrolet, Inc.
Welker-Mckee Supply Co.
Whipple Heights Union
Willie's Distribution Company
Zellerbach (Union Paper & Twine)

CONFIDENTIAL INFORMATION
PRIV16-03666

# Exhibit D.



**Alexander & Alexander Inc.**
111 Market Place
Baltimore, Maryland 21202
Telephone 410 547-2800
FAX 410 547-2914

Writer's Direct Dial:
(410) 547-2815

August 16, 1994

<u>Certified Mail/Return Receipt Requested</u>

THE INTERESTED UNDERWRITERS (per attached list)

RE:    Insured:          Black & Decker
       Claimant:         USEPA
       Location:         Huth Oil Site
                         Cleveland, Ohio

Ladies/Gentlemen:

Enclosed is documentation received from the insured on the above matter. As a precautionary measure, the insured has requested that we supply this information to you as notice of this loss under your respective policies. Please acknowledge receipt of this material in writing to our office. By copy of this letter to the insured, I ask that this office be advised of all significant developments.

If specific questions arise on this loss, please direct your inquiries to the undersigned.

Thank you for your attention.

Respectfully,

Michael D. Margiotta, CPCU
Assistant Vice President

Enclosure

cc:  B-52

XXXIII-226

PRIVILEGED AND CONFIDENTIAL B&D MA      LM      0037778

Blac & Decker
Excess Liability Carriers
Huth Oil Site-Cleveland, OH

Aetna Casualty & Surety Insurance Co.
Commons Corporate Center
7467 Ridge Road
Hanover, MD 21076
Policy No.:                  98 XN 59 WCA
Policy Year:                 1978-79
Limit:                       $10,000,000

Affiliated FM Insurance Co.
Allendale Park
P.O. Box 7500
Johnston, RI 02919
Policy No.:                  94 962
Policy Year:                 1976-77
Limit:                       $10,000,000
Policy No.:                  94 962
Policy Year:                 1977-78
Policy No.:                  XL 98162
Policy Year:                 1978-79

Agency Facilities
45 John Street
New York, NY 70002
RE:  American Cent.
Policy No.:                  CC001280
Policy Year:                 1980-81
Limit:                       $5,000,000
RE:  American Cent.
Policy No.:                  CC001280
Policy Year:                 1981-82
Limit:                       $5,000,000
RE:  American Cent.
Policy No.:                  CC003531
Policy Year:                 1982-83
Limit:                       $5,000,000

AIAC
Excess Casualty Claims
80 Pine Street
New York, NY 10005
RE:  American Homes Ins. Co.
Policy No.:                  3380924
Policy Year:                 1973-76
Limit:                       $10,000,000
RE:  Nat. Union
Policy No.:                  9608297
Policy Year:                 1985-86
Limit:                       $500,000
Policy No.:                  75105144
Policy Year:                 1987-88
Limit:                       $5 p/o $50 xs $30,000,000
RE:  National Union
Policy No.:                  BE3082332
Policy Year:                 1990-91
Limit:                       $22,000,000
Policy No.:                  BE3084048
Policy Year:                 1991-92

AIU Insurance Company
99 John Street
New York, NY  10270
Policy Nos.:                 75-100433
                             75-100434
Policy Year:                 1985-86
Limits:                      $2,500,000
                             $2,500,000
Policy No.:                  75105128
Policy Year:                 1986-87
Limit:                       $5,000,000 xs $40,000,000
Policy No.:                  75105128
Policy Year:                 1986-87
Limit:                       $5,000,000 xs $40,000,000
Policy No.:                  75105826
Policy Year:                 1988-89
Limit:                       $5,000,000

Alexander Howden Limited
Thamesgate House
33-35 Victoria Avenue
Southend-on-Sea
Essex SS2 6BS England
Policy No.                   58535
Policy Year:                 1984-85
Limit:                       $5,000,000
Policy Nos.                  58535
                             XS8500588(60%)
                             XS8500589(10%)
Policy Year:                 1985-86
Limits:                      $5,000,000.
                             $7,000,000.

Policy No.
Policy Year:                 1986-87
Limit:                       $5,000,000.xUnderlying
RE:  London Cos. 50%
     Ill. Ins. Ex. 60%
Limit:                       $5,000,000.x$5,000,000.
RE:  London Cos. 70% $7 p/o $10 xs $10,000,000.
     Ill Ins. Ex. 10% $1 p/l $10 xs $10,000,000.
     Ind. Ins. of Hawaii 20% $2 p/o $10 xs $10,000,000.
RE:  Lexington U.K. $2.5 p/o $5.0 xs $30,000,000.
RE:  Illinois Insurance Exchange
Policy Year:                 1986-87
Limits:                      60% $5,000,000. xs $5,000,000.
                             10% $1 p/o $10 xs $10,000,000.
RE:  Zurich Insurance Co.
Policy Year:                 1986-87
Policy No.                   7368486C
Limit:                       $2.5 p/o $5.0 xs $30,000,000
RE:  Industrial Indemnity Insurance Company of Hawaii
Policy Year:                 1986-87
Policy No.                   JE 8952601
Limit:                       20% $2 p/o $10 xs $10,000,000.
Policy Year:                 1987-88
Policy Nos.                  XS8650525A
                             XS5105228
Limits:                      $5,000,000. xsUnderlyer
                             $15,000,000 xs $5,000,000

B.52-1

XXXIII-227

PRIVILEGED AND CONFIDENTIAL B&D MA    LM    0037779

Blac  z Decker
## Excess Liability Carriers
## Huth Oil Site-Cleveland, OH

Alexander Howden Ltd. (cont.)
RE:  Lex. Ins. Co.
Policy No.            XS8705233
Policy Year:          1987-88
Limit:                $5 p\o $50 xs $30,000,000.
Policy Year:          1988-89
Policy Nos.           XS8805239
                      XS8805240
Limits:               $5,000,000.
                      $15,000,000.

RE:  Lex. Ins. Co.
Policy Year:          1988-89
Policy No.            XS8805241
Limit:                $5,000,000.
Policy Year:          1989-90
Policy Nos.           XS8805239
                      XS8805240
Turegum Ins. Co. XS8905210
Lex.(U.K.)Ins. Co. XS8905211
Limits:               $5,000,000.
                      $15,000,000.
                      $5,000,000.
                      $5,000,000.

Alexander Howden North America
200 Northcreek, Suite 800
3715 Northside Parkway, NW
Atlanta, GA 30327
RE:  Federal Ins. Co.
Policy No.:           78-7932-95-06
Policy Year:          1977-78
∴ Federal Ins. Co., U.S. Fire Ins. Co., First State Ins. Co.
Policy Nos.:          79-7932-95-06
                      522000262
                      925745
Policy Year:          1978-79
RE:  Federal Ins. Co., U.S. Fire Ins. Co., First State Ins. Co.
Policy Nos.:          79-7932-95-06
                      925745
Policy Year:          1979-80
RE:  American Zurich
Policy No.:           CEC132352201
Policy Year:          1988-89
Limit:                $5,000,000
RE:  American Zurich
Policy No.:           CEC132852202
Policy Year:          1989-90
Limit:                $5,000,000
RE:  American Zurich
Policy No.:           CEO132852203
Policy Year:          1990-91
Limit:                $5,000,000 p\o$25,000,000
Re: Amer Zurich
Policy No. CE013252204

Allianz Underwriters, Inc.
P.O. Box 54897
Terminal Annex
Los Angeles, CA 90054
Policy No.:           AUX 5201963
Policy Year:          1984-85
Limit:                $15,000,000

Alexander Howden N.America
Sherry Lane, Suite 1050
Dallas, TX 75225-6590
Re:  Zurich Int'l
Policy Year:          1986-87
Limit: $2.5 p\o $5.0 xs $30,000,000.

American Centennial Insurance Company
1100 Carr Road
Wilmington, DE 19809
Policy No :           CC001280
Policy Year:          1980-81
Limit:                $5,000,000
Policy No.:           CC002404
Policy Year:          1981-82
Limit:                $5,000,000
Policy No.:           CC05617
Policy Year:          1982-83
Limit:                $5,000,000

American Zurich Insurance Company
1400 American Lane
Schaumburg, IL 60196-1056
Policy No.:           CEC1328522
Policy Year:          1987-88
Limit:                $5 p\o $50 xs $30,000,000
Policy No.            CEC13252201
Policy Year:          1988-89
Limit:                $5,000,000
Policy No.:           CEC132852202
Policy Year:          1989-90
Limit:                $5,000,000
Policy No.:           CEO132852203
Policy Year:          1990-91
Limit:                $5,000,000

California Union Insurance Co.
21860 Burbank Boulevard Suite 200
Woodland Hills, CA 91367
Policy No.:           EEC 005275
Policy Year:          1986-87
Limit:                $5,000,000 xs $25,000,000

Chubb Group
St. Paul Plaza
200 St. Paul Place
Suite 2500
Baltimore, MD 21202
RE:  Federal Ins. Co.
Policy No.:           79282704
Policy Year:          1981-82
Limit:                $20,000,000
RE:  Federal Ins. Co.
Policy No.:           7928-27-04
Policy Year:          1982-83
Limit:                $25,000,000
RE:  Federal Ins. Co.
Policy No.:           7928-27-04
Policy Year:          1983-84
Limit:                $30,000,000

B.52-2

XXXIII-228

PRIVILEGED  AND  CONFIDENTIAL  B&D  MA      LM      0037780

Blac    : Decker
## Excess Liability Carriers
### Huth Oil Site-Cleveland, OH

Chubb Insurance (cont.)
RE:   Federal Ins. Co.
Policy No.:                  85-79282704
Policy Year:                 1984-85
Limit:                       $30,000,000
RE:   Federal Ins. Co.
Policy No.:                  79070351
Policy Year:                 1986-87
Limit:                       $5,000,000 xs $20,000,000
RE:   Federal Ins. Co.
Policy No.:                  79070351
Policy Year:                 1987-88
Limit:                       $5,000,000 xs $20,000,000
RE:   Federal Ins. Co.
Policy No.:                  79070351
Policy Year:                 1988-89
Limit:                       $5,000,000
RE:   Federal Ins. Co.
Policy No.:                  79070351
Policy Year:                 1989-90
Limit:                       $5,000,000
RE:   Federal Ins. Co.
Policy No.:                  79664823
Policy Year:                 1990-91
Limit:                       $10,000,000 p\l $25,000,000
Policy No.:                  7966-4823
Policy Year:                 1991-1992

CIGNA Companies
Philadelphia Special Risk/T-25
1650 Arch Street
P.O. Box 7716
Philadelphia, PA 19192
Attn:  Mr. Henry Yee
Policy No.:                  XCPG12887905
Policy Year:                 1991-1992
Policy No.:                  XCPG12886470
Policy Year:                 1990-91
Limit:                       $5,000,000 p\l $25,000,000
Policy No.:                  XLPG 07041755
Policy Year:                 1986-87
Limit:                       $5,000,000 xs $35,000,000
Policy No.:                  XCPG12886470
Policy Year:                 1990-91
Limit:                       $5,000,000 p\l $25,000,000

Continental Insurance
180 Maiden Lane
New York, NY 10038
Policy No.:                  SRX 2153304
Policy Year:                 1979-80
Limit:                       $10,000,000
Policy No.:                  SR 319 2873
Policy Year:                 1980-81
Limit:                       $20,000,000
Policy No.:                  SR 319 2873
Policy Year:                 1981-82
Limit:                       $20,000,000

Employers Re Insurance Company
One World Trade Center
Suite 2511
New York, NY 10048
Policy No.:                  PLE 12667
Policy Year:                 1978-79
Limit:                       $20,000,000
Policy No.:                  PLE 12667
Policy Year:                 1979-80
Limit:                       $20,000,000

Evanston Insurance Company
Shand Morahan Plaza
Evanston, IL 60201
Policy No.:                  EX11029
Policy Year:                 1982-83
Limit:                       $10,000,000
Policy No.:                  EX11222
Policy Year:                 1983-84
Limit:                       $10,000,000
Policy No.:                  EX11222
Policy Year:                 1984-85
Limit:                       $10,000,000

Federal Insurance Company
P.O. Box 1615
Warren, NJ 07061-1615
Policy No.:                  78-7932-95-06
Policy Year:                 1977-78
Policy No.:                  79-7932-95-06
Policy Year:                 1978-79
Policy No.:                  79-7932-95-06
Policy Year:                 1979-80
Policy No.:                  79070351
Policy Year:                 1988-89
Limit:                       $5,000,000

U.S. Fire Insurance Company
P.O. Box 0557
Basking Ridge, NJ 07920-0557
Policy No.:                  522000262
Policy Year:                 1978-79
Limit:                       $10,000,000
Policy No.:                  522000262
Policy Year:                 1979-80

B.52-3

XXXIII-229

PRIVILEGED AND CONFIDENTIAL B&D MA    LM    0037781

Blacl   Decker
**Excess Liability Carriers**
**Huth Oil Site-Cleveland, OH**

Fireman's Fund Insurance Company
9690 Deereco Road
Timonium, MD 21093
RE:   American Ins. Co.
Policy No.:          XLX 1219333
Policy Year:         1976-77
Limit:              $10,000,000
RE:   American Ins. Co.
Policy No.:          XLX1219333
Policy Year:         1977-78
Limit:              $10,000,000
RE:   American Ins. Co.
Policy No.:          XLX 136 6193
Policy Year:         1980-81
Limit:              $30,000,000
RE:   American Ins. Co.
Policy No.:          XLX 136 6193
Policy Year:         1981-82
Limit:              $30,000,000
RE:   American Ins. Co.
Policy No.:          XLX 1482699
Policy Year:         1982-83
Limit:              $30,000,000
Policy No.:          XLX 1482639
Policy Year:         1983-84
Limit:              $30,000,000
RE:   American Ins. Co.
Policy No.:          XLX1621079
Policy Year:         1984-85
Limit:              $30,000,000

First State Insurance Company
60 Batterymarch Street
Boston, MA 02110
Policy No.:          923240
Policy Year:         1977-78
Limit:              $10,000,000
Policy No.:          925745
Policy Year:         1978-79
Limit:              $10,000,000
Policy No.:          925745
Policy Year:         1979-80

Harbor Insurance Company
4201 Wilshire Blvd.
Los Angeles, CA 90010
Policy No.:          H1207841
Policy Year:         1984-85
Limit:              $10,000,000

Hartford Accident & Indemnity
1 Riverview Square
E. Hartford, CT 06108
Policy No.:          20XSSG0460
Policy Year:         1985-86
Limit:              $5,000,000

Highlands Insurance Company
10370 Richmond ave.
Houston, TXm 77042-4132
Policy No.:          SR 50537
Policy Year:         1979-80
Limit:              $10,000,000

Hobbs Group
Suite 250
101 Lindenwood Dr.
Malvern, PA 19355
RE:   Affiliated FM
Policy No.:          94 962
Policy Year:         1976-77
Limit:              $10,000,000
RE:   Affiliated FM
Policy No.:          94 962
Policy Year:         1977-78
Limit:              $10,000,000
RE:   Affiliated FM
Policy No.:          XL 98162
Policy Year:         1978-79
Limit:              $10,000,000

Home Insurance Company
One Independence Mall
Philadelphia, PA 19106
Policy No.:          HEC 9631854
Policy Year:         1978-79
Limit:              $10,000,000
Policy No.:          HEC 9631854
Policy Year:         1979-80
Limit:              $10,000,000

Liberty Mutual Insurance Company
226 Schilling Circle
Hunt Valley, MD 21031
Policy No.:          LE1-131-010406-420
Policy Years:        1970-73
Limit:              $5,000,000
Policy No.:          LE1-131-010406-423
Policy Years:        1973-75
Limit:              $5,000,000
Policy No.:          LE1-131-010406-425
Policy Years:        1975-76
Limit:              $5,000,000
Policy No.:          LE1-131-010406-425
Policy Years:        1976-77
Limit:              $5,000,000
Policy No.:          LE1-131-010406-427
Policy Years:        1977-78
Limit:              $5,000,000

Pacific Insurance Company
4201 Wilshire Boulevard
Los Angeles, CA 90010
Policy No.:          P134614
Policy Year:         1985-86
Limit:              $2,500,000

B.52-4

XXXIII-230

PRIVILEGED AND CONFIDENTIAL B&D MA      LM      0037782

Blac. : Decker
**Excess Liability Carriers**
**Huth Oil Site-Cleveland, OH**

Price Forbes
Sedgwick House
The Sedgwick Center
London E1 8DX England

| | |
|---|---|
| Policy No.: | UKL 0951 |
| Policy Year: | 1980-81 |
| Limit: | $5,000,000 |
| Policy No.: | UNA 0250 |
| Policy Year: | 1981-82 |
| Limit: | $5,000,000 |
| Policy No.: | UNA 0250 |
| Policy Year: | 1982-83 |
| Limit: | $5,000,000 |
| Policy No.: | UNA 0250 |
| Policy Year: | 1983-84 |
| Limit: | $5,000,000 |
| Policy No.: | 65 05 09 25 |
| Policy Year: | 1976-77 |
| Limit: | $25,000,000 |
| Policy Nos.: | 60 05 09 25 |
| | 77-06-17-18 |
| Policy Year: | 1977-78 |
| Limit: | $25,000,000 |
| Policy Nos.: | UKL 0951 |
| | UKL 0952 |
| Policy Year: | 1978-79 |
| Policy Year: | UKL 0951 |
| | UKL 0952 |
| Policy Year: | 1979-80 |
| Limit: | $10,000,000 |

Royal Indemnity Insurance Company
Royal Specialty Underwriting, Inc.
945 E. Paces Ferry Road, Suite 1980
Atlanta, GA 30326

| | |
|---|---|
| Policy Year: | 1990-91 |
| Limit: | $5,000,000 p\o $25,000,000 |
| Policy Year: | 1991-92 |
| Policy No.: | RHA004197 |

St. Paul Surplus Lines
385 Washington Street
St. Paul, MN 55102

| | |
|---|---|
| Policy No.: | LC05516777 |
| Policy Year: | 1985-86 |
| Limit: | $2,500,000 |

Swett & Crawford
P.O. Box 77054
Greensboro, NC
RE: Harbor Ins. Co.

| | |
|---|---|
| Policy No.: | H1207841 |
| Policy Year: | 1984-85 |
| Limit: | $10,000,000 |

RE: Allianz Underwriters

| | |
|---|---|
| Policy No.: | AUX 5201963 |
| Policy Year: | 1984-85 |
| Limit: | $15,000,000 |

RE: Pacific Insurance Co., St. Paul Surplus Lines Inc.

| | |
|---|---|
| Policy Nos.: | P134614 |
| | LC0551677 |
| Policy Year: | 1985-86 |
| Limits: | $2,500,000 |
| | $2,500,000 |

Tri City Brokerage, Inc.
50 California Street, Suite 2955
San Francisco, CA 94111
RE: Ind. Ins. of Hawaii

| | |
|---|---|
| Policy Year: | 1986-87 |
| Limit: | $2 p\o $10 xs $10,000,000 |

TwinCity Fire Insurance Company
Hartford Ins. Group
200 Hopmeadow Street
Simsbury, CT 06070

| | |
|---|---|
| Policy No.: | TX101151 |
| Policy Year: | 1982-83 |
| Limit: | $25,000,000 |
| Policy No.: | TXS103025 |
| Policy Year: | 1983-84 |
| Limit: | $25,000,000 |

Miles & Stockbridge
600 Washington Avenue
Towson, MD 21204
Attn: Mr. Gary C. Duvall, Esq.

Black & Decker
701 East Joppa Rd.
TW177
Towson, MD 21286
Attn.: Mr. James O'Brien, Esq.

B.52-5

XXXIII—231

PRIVILEGED AND CONFIDENTIAL B&D MA    LM    0037783

LAW OFFICES

# MILES & STOCKBRIDGE

A PROFESSIONAL CORPORATION

30 WEST PATRICK STREET

FREDERICK, MARYLAND 21701-6903

———

TELEPHONE 301-662-5155

FAX 301-662-3647

1O LIGHT STREET
BALTIMORE, MD 21202-1487

300 ACADEMY STREET
CAMBRIDGE, MD 21613-1865

1O1 BAY STREET
EASTON, MD 21601-2718

11350 RANDOM HILLS ROAD
FAIRFAX, VA 22030-7429

22 WEST JEFFERSON STREET
ROCKVILLE, MD 20850-4286

600 WASHINGTON AVENUE
TOWSON, MD 21204-3966

1450 G STREET, N.W.
WASHINGTON, D.C. 20005-2001

July 1, 1994

Mr. Michael D. Margiotta
Alexander & Alexander
111 Market Place
Baltimore, Maryland  21202

**CONFIDENTIAL**
**ATTORNEY/WORK PRODUCT**

Re:  Huth Oil Site

ALEXANDER & ALEXANDER
RECEIVED

JUL 05 1994

Dear Mr. Margiotta:

By letter dated June 22, 1994, Linda Biagioni, Vice President of Environmental Affairs of Black & Decker, has requested that I provide certain information to you in connection with a matter identified as the Huth Oil matter.  The following will respond to Linda's letter and provide the information requested therein.

## I.  BACKGROUND

By letter dated April 6, 1994, Black & Decker was advised of its alleged liability for environmental contamination existing at a federal Superfund site located in Cleveland, Ohio.  The site was never owned by Black & Decker but rather served as the place of business for an entity known as Huth Oil Services Company which apparently conducted an oil and solvent reclamation operation.

The information Black & Decker received reflects that on or about October 5, 1990, the EPA, Region V, issued an Administrative Order, pursuant to Section 106(a) of CERCLA, requiring four entities, Huth Oil Services Company, Ashland Chemical Company, General Electric Company and Cleveland Electric Illuminating Company, to submit work plans for various actions to be taken at the site and to complete various environmental cleanup activities.  Three of these entities, Ashland, General Electric and Cleveland Electric, in fact, undertook to complete the actions required by the Administrative Order and purportedly expended approximately $12,000,000.00 to address alleged contamnation at the site.

Thereafter, these entities gave notice to a number of other alleged PRPs of the latter's alleged involvement at the site and seeking reimbursement for some or all of the funds expended.

XXXIII-232

PRIVILEGED AND CONFIDENTIAL B&D MA    LM    0037784

Mr. Michael D. Margiotta
July 1, 1994
Page 2

MILES & STOCKBRIDGE
A PROFESSIONAL CORPORATION

Black & Decker only recently received notice that it was considered an alleged PRP, purportedly because certain waste oil allegedly was picked up fron an unidentified Black & Decker facility in Ohio and taken to the Huth Oil site. Negotiations are ongoing between the three entities which formed the "Huth Oil Group" and representatives of the non-participating PRPs. Black & Decker, to this point, has been unable to determine if any of its facilities caused materials to be sent to the Huth Oil Site.

## II.    RESPONSE TO SPECIFIC QUESTIONS

In response to the specific questions requested in Linda's letter of June 22, 1994, please be advised of the following:

Question a:  Black & Decker is alleged to be involved in the Huth Oil Site because it is alleged that a Black & Decker facility, which remains unidentified, generated certain waste oils which were delivered to the Huth Oil site. From our investigation, Black & Decker has no records revealing that it delivered any materials to the Huth Oil site and, to date, Black & Decker has received minimal information from the Huth Oil Group. Two truck drivers, purportedly associated with the Huth Oil site, allege that they picked up waste oil from a Black & Decker facility but neither was able to identify the location of the facility or the volume of materials allegedly involved.

Question b:  Black & Decker never owned, leased or occupied the site.

Question c:  We are unable to say with certainty which Black & Decker facility purportedly generated the materials allegedly shipped to the site or if any Black & Decker materials were delivered to the site.

Question d:  The Huth Oil Group claims to have expended approximately $12,000,000.00 to investigate and remediate conditions at the Huth Oil site. A demand in the amount of $50,000.00 has been made upon Black & Decker with respect to past costs allegedly incurred at the site to date.

If you have any questions about the foregoing, please call me.

Very truly yours,

Thomas E. Lynch, III

ALEXANDER & ALEXANDER
RECEIVED

JUL 0 5 1994

TEL/cll
cc: Ms. Linda H. Biagioni
    Peri N. Mahaley, Esquire

PRIVILEGED AND CONFIDENTIAL B&D MA    LM    0037785

Mr. Michael D. Margiotta
July 1, 1994
Page 3

A:BD010101.LTR/wp

MILES & STOCKBRIDGE
A PROFESSIONAL CORPORATION

ALEXANDER & ALEXANDER
RECEIVED

JUL 0 5 1994

XXXIII-234

PRIVILEGED AND CONFIDENTIAL B&D MA    LM    0037786

LAW OFFICES

## MILES & STOCKBRIDGE

A PROFESSIONAL CORPORATION

30 WEST PATRICK STREET

FREDERICK, MARYLAND 21701-6903

———

TELEPHONE 301-662-5155

FAX 301-662-3647

IO LIGHT STREET
BALTIMORE, MD 21202-1487

300 ACADEMY STREET
CAMBRIDGE, MD 21613-1865

IOI BAY STREET
EASTON, MD 21601-2718

11350 RANDOM HILLS ROAD
FAIRFAX, VA 22030-7429

22 WEST JEFFERSON STREET
ROCKVILLE, MD 20850-4286

600 WASHINGTON AVENUE
TOWSON, MD 21204-3965

1450 G STREET, N.W.
WASHINGTON, D.C. 20005-2001

July 18, 1994

Mr. Michael D. Margiotta
Alexander & Alexander
111 Market Place
Baltimore, Maryland  21202

<u>**CONFIDENTIAL**</u>
<u>**ATTORNEY/WORK PRODUCT**</u>

Re:  Huth Oil Site

Dear Mr. Margiotta:

Linda Biagioni, the Vice President and Director of Environmental Affairs for Black & Decker, has asked me to supplement my letter to you of July 1, 1994. Specifically, Linda has asked me to provide you information which we have obtained relating to the time periods of alleged disposal(s) of materials by Black & Decker at the Huth Oil Site.

Frankly, the information we have been provided by the Huth Oil Group relative to Black & Decker's alleged involvement at the site is not particularly enlightening. There are reports of interviews with two former employees of the Huth Oil Company. One of the reports, from a Mr. John O'Ckenga, suggests that he was employed from time to time by George Huth of the Huth Oil Company during the time period between 1949 and 1967 or 1968. His interview states, as to Black & Decker, that he made pick-ups of waste oil from an unidentified Black & Decker site. He claims that Huth did business with Black & Decker for no less than five years and no more than 12 years during that period.

There is a separate interview with another former Huth Oil Company employee, Carl Stutzman, who claims that a Huth Oil driver accepted waste oil and other materials from Black & Decker on a monthly basis for 15 to 20 years. We have been supplied one ledger type document which contains the heading "Receipts - 1970" which purportedly reflects a transaction between Black & Decker and Huth Oil on January 20, 1970. A copy of that ledger page is attached.

It may be relevant to you that the Huth Oil Group has also supplied information which reflects that between 1939 and 1990, an entity, identified as the Huth Oil Services Company,

XXXIII–235

PRIVILEGED AND CONFIDENTIAL B&D MA      LM      0037787

Mr. Michael D. Margiotta
July 18, 1994
Page 2

MILES & STOCKBRIDGE
A PROFESSIONAL CORPORATION

operated a waste oil reclamation facility on approximately 2.5 acres at 2891-2913 East 83rd Street, Cleveland, Ohio. The company was established by George J. Huth who purportedly oversaw operations at the site until his death in 1990. The information claims that the Huth Oil Services Company accepted a variety of waste oils and other substances which it blended for fuels and dust suppressants.

If you have any questions about this information, please let me know.

Very truly yours,

Thomas E. Lynch, III

TEL/cll
cc:  Ms. Linda H. Biagioni
A:BD010102.LTR/wp

RECEIVED

JUL 2 0 1994

ALEXANDER & ALEXANDER INC.
CLAIMS DEPARTMENT

XXXIII-236

PRIVILEGED AND CONFIDENTIAL B&D MA    LM    0037788



PRIVILEGED AND CONFIDENTIAL B&D MA    LM    0037789

XXXIII-237