# APPENDIX B

## List of Documents

# Huth Oil

## Cleveland, Ohio

| Bates Range | Date | Title/Subject | Type | Author | Recipient |
|---|---|---|---|---|---|
| MS4-0069 - 0072 | | Fact Sheet | | | |
| 25EPA063-521 | 6/24/1993 | Closure Report (including appendices: A- The Administrative Order; B- Compliance Dates and Other Dates of Significance; C- USEPA Monthly Progress Reports; D- Huth Oil Site Remediation Related Permits; E- Product Transfer and Disposition Summary; F- Evaluation of N.E.T. Laboratory Error; G- Huth Oil Surface Cover Costruction Report; H- USEPA and OEPA Correspondence) | report | Dames & Moore | USEPA |
| | 12/1/1997 | Draft Assessment of Huth Oil | report | Woodard & Curran | |
| | 1/12/1990 | PCB regs | regs | The Bureau of National Affairs | |
| | 3/14/1986 | PCB regs | regs | The Bureau of National Affairs | |
| MS4-0074-0078 | ? | AO Docket No. VW90-C-74 | | USEPA | |

74005Y.117.xls

# EXPERT REPORT

**Huth Oil Site**
Cleveland, Ohio

Prepared For:
**Liberty Mutual Insurance Company**

For Use In The Action
*Liberty Mutual Insurance Company v.*
*The Black & Decker Corporation et al.,*
U.S.D.C., D. Mass., C.A. No. 96-10804-DPW

February 27, 2003

Prepared by:

John D. Tewhey, Ph.D.
Senior Consultant

Woodard & Curran
41 Hutchins Drive
Portland, Maine 04102



**WOODARD & CURRAN**
Engineering • Science • Operations
41 Hutchins Drive
Portland, ME 04102
(207)774-2112

## TABLE OF CONTENTS

1. INTRODUCTION ................................................................................................................1
2. OVERVIEW .......................................................................................................................2
3. OPINIONS .........................................................................................................................4

APPENDIX A – PROFESSIONAL PROFILE
APPENDIX B – READING LISTS

## 1. INTRODUCTION

This Expert Report regarding the Huth Oil site is prepared by John D. Tewhey, Ph.D., Senior Consultant, Woodard & Curran, Inc., at the request of Liberty Mutual Insurance Company in Liberty Mutual Insurance Company v. Black & Decker et al. An overview of the site is presented in Section 2.0. The opinions developed in this report are presented in Section 3.0, and are based on the following sources of information:

- Depositions from individuals historically associated with the site;
- Historical correspondence and information regarding the site;
- Mr. Tewhey's professional experience in hydrogeology, geochemistry, and in the investigation and remediation of contaminated sites.

The professional profile for Mr. Tewhey is attached at Appendix A. Dr. Tewhey reserves the right to review additional materials as they become available and incorporate the findings in his opinion. In connection with his opinion, Dr. Tewhey will generate exhibits based on the reference materials relied upon for this expert report.

Dr. Tewhey is compensated at the rate of $200 per hour.

## 2. OVERVIEW

The Huth Oil Services Company site is located at 2891-2913 East 83rd Street in Cleveland, Ohio. The property consists of approximately 2.5 acres of land upon which a waste oil storage, distribution, and reclamation facility was located from 1938 to 1990. The Site came under jurisdiction of CERCLA in 1990 and was managed as a Superfund Site. Investigation and cleanup activities were carried out under USEPA supervision by a consortium known as the Huth Oil Group, consisting of Ashland Chemical Company (Ashland), General Electric Company (General Electric), and Centerior Service Company as agent for the Cleveland Electric Illuminating Company (CEI). The Huth Oil Group identified a large number of PRPs under CERCLA Section 107, and took action for contribution/cost recovery from the PRPs. The contribution/cost recovery action included Black & Decker, who is alleged to have been a customer of Huth Oil Services Company and a contributor to the Site contamination.

The Huth Oil Services Company (Huth Oil) was established in 1938 by George J. Huth, on property leased from the Columbia Refining Company. The lease was transferred to the Ashland Oil Company in 1964. George Huth leased the property from Ashland Oil Company until 1981 when he purchased the property. The Site was owned by Huth Oil from 1986 to 1990. George Huth died in 1990. The Site subsequently was managed under Superfund by USEPA and the above-mentioned Huth Oil Group.

The immediate area of the Site is primarily light industrial with some residential properties located in the vicinity. The tank farm at the site consisted of approximately 12 vertical tanks, 11 horizontal tanks, five compartmentalized tankers, two buried tankers, and three underground storage tanks. The tank farm had a storage capacity of approximately 1 million gallons.

During its operation Huth Oil received and stored waste oil, most of which was transported off-site for reclamation by others. The stored waste oil included polychlorinated biphenyl (PCB) containing oil from transformer reclaimers, most notably General Electric and CEI. Information suggests that a solvent reclaimer (Bronoco Solvents) and a paint removing operation (Helper Paint Remover Service) were also located on the Huth site. CERCLA-related site investigations identified solvent and heavy metal contamination on the site in addition to PCB contaminated soil, oils, and sludges.

U.S. Environmental Protection Agency (USEPA) documentation from the late 1980s indicates poor housekeeping and maintenance, and the visual evidence of oil contamination on the ground and in storm drainages. Documented suspect contamination pathways include soil, off-site surface water drainage, and volatiles to air. Groundwater was not identified as a contamination pathway in the available documentation.

USEPA and Ohio EPA inspections dating back to 1983 focused on PCB-related violations and contamination. Enforcement action leading to the eventual cleanup was begun in 1990, and was driven by PCB contamination.

Responsible parties named in the USEPA enforcement action were Huth Oil, Ashland Chemical, General Electric and CEI. The responsible parties were identified on the basis of their being past Site owners or operators, or having arranged for disposal or transport for disposal of hazardous substances at the Site.

Ashland Chemical, General Electric, and CEI (collectively referenced in documentation as The Huth Oil Group) apparently conducted site cleanup activities and incurred response costs during the period from 1990 and 1994. Response actions conducted under CERCLA included "...securing the Site; developing work plans; removing, storing, and disposing of free standing oils; dismantling tank equipment; removing and disposing of soils and sludges contaminated with hazardous substances; and installing a surface cover over the Site". There is some indication that solvents and other hazardous materials were addressed in addition to the primary PCB issue; however, as noted below, this could not be confirmed.

The Huth Oil Group claims to have incurred a total of approximately $13.5 million in response costs as of March 25, 1994; this amount includes Site cleanup, EPA oversight and PRP investigation costs. The Huth Oil Group expressed a goal of collecting $12.3 million of these expenses from the "Huth Oil Site PRPs".

The Huth Oil Group identified approximately 250 entities which were listed as Potentially Responsible Parties (PRPs), based on varying types of evidence which allegedly tied the entities to the former Huth Oil Site. The list includes Black & Decker. The PRPs were approached for contribution and approximately 50 parties reached settlement agreements with the Huth Oil Group at different times.

In May 1994 a settlement agreement was offered by the Huth Oil Group to the PRPs. This proposed agreement divided the PRPs into "tiers" based on their alleged volumetric contribution to the former Huth Oil Services facility as determined by means of the Huth Oil Group's interpretation of evidence. Black & Decker was listed in Tier IV, with a settlement demand of $50,000.

## 3. OPINIONS

**Opinion 1:** **The environmental harm at the former Huth Oil Services Site appears to consist only of soil contamination.**

- The significant contamination at the Huth Oil Site was related to the distribution of PCBs within waste oils at the facility. The PCBs were believed to have arrived at the site within waste oils that included dielectric fluids drained from electrical transformers. Prior to the passage of the Toxic Substance Control Act (TSCA) in 1978, transformer oils containing PCBs were disposed like all other waste oils. The dielectric oils containing PCBs were routinely mixed with other waste oils. These oil-PCB mixtures were typically disposed of as waste oil at the Huth Oil site.

- USEPA and Ohio EPA inspections dating back to 1983 focused on PCB-related violations and contamination. Enforcement action leading to the eventual cleanup was begun in 1990, and was driven by PCB contamination.

**Opinion 2:** **The harm at the Huth Oil Site is a result of discharges of pollutant that were gradual and protracted.**

- The Huth Oil site operated from 1938 to 1990. The USEPA Technical Assistance Team (TAT) conducted a site visit to the Huth Oil facility in June 1988. The TAT identified spill prevention, control, and countermeasure (SPCC) violations, including tanks without dikes, free standing oil in dikes, severely corroding tanks, cracked or slumping dike walls, uncontained water from the oil/water separators draining off-site, no emergency procedures, and other violations. The TAT determined that the site was in a "very dilapidated condition." Thus, the long-term operation of the facility in poor condition ultimately resulted in releases of PCB-contaminated oil to the environment.

- Documentation dating back to the 1980s indicates poor housekeeping and maintenance, and the visual evidence of oil contamination on the ground and in storm drainages.

- A fire at the site in 1953 was alleged to have been caused by lightning striking an above-ground oil tank in the southwestern portion of the site, causing the tank contents to be dumped into the street and burned. There is no evidence in the record that this release of oil in 1953 was anything more than a *de minimis* source of any environmental harm during the 1970s and 1980s.

- Based on available documents, there is no record of sudden releases of oil and/or hazardous materials to soil and/or groundwater beneath the Site.

**Opinion References**

Alexander & Alexander; M. Margiotta, 1995. Letter dated January 18, 1995 to Interested Underwriters enclosing documentation from Black & Decker, re: Huth Oil Site matter. Includes July 1, 1994 information letter.

Arter & Hadden; M. Tower, 1991. Letter to J. Ensor of Miles & Stockbridge enclosing interview transcripts from Consulting Investigators, Inc. dated November 20, 1991.

Black & Decker. Motion to Dismiss. Plaintiff: Centerior Service Company and General Electric Company; Defendants: Allied Signal Inc., Black & Decker Corporation and Rockwell International Corporation.

Black & Decker, 1996. Claim letter dated August 16, 1996 to Paul Harris of The Home Insurance Company, re: formal demand.

Fuller & Henry, D. Harnam, 1996. Letter to L. Phillips of Irell & Manella dated October 6, 1996, re: Huth Oil Superfund Mediation.

Generator Inspection Report, 1981.

Huth Oil Site Fact Sheet.

Lynch, T., 1995. Memorandum to M. Hwang dated August 16, 1995 regarding the joint report of Planning Meeting between Plaintiffs and Defendants.

Memorandum in Support of Defendant Black & Decker's Motion to Dismiss.

NPL worksheet, 1990.

Ohio EPA, 1991. Letter with site listing.

Ohio EPA, M. Lonnie Terry, 1997. Letter dated January 15, 1997 enclosing all available information on Huth Oil Company.

Part A Application, 1980.

Site Settlement Agreement, May 3, 1994 between Ashland Chemical Company, Centerior Services Company, as Agent for the Cleveland Electric Illuminating Company, and General Electric Company (a/k/a Huth Oil Group).

Stutzman, Richard, 1995. Centerior Service Company et al., v. Acme Scrap Iron and Metal Corp., et al. Nos. 1:94 CV 1588 to 1:94 CV 1592. U.S. District Court Northern District of Ohio – Eastern Division (Dep. Richard Stutzman) (September 12, 1995).

The Huth Oil Group, 1994. Memorandum dated March 30, 1994 to Huth Oil Site PRPs, re: Revised Site Settlement Agreement dated April 15, 1994 and Huth Oil Settlement Process Status Report and Meeting Notice.

Thompson, Hine and Flory; D. Dumas, 1994. Letter to H. Rodgville of Black & Decker dated April 6, 1994 enclosing copies of documents in their possession.

USEPA, 1990. Letter enclosing an Administrative Order, October 5, 1990.

USEPA, 1990. Administrative Order issued on October 5, 1990 in the matter of the Huth Oil Services Company Site. USEPA Region V Dock No. V-W-90-C-74.

# APPENDIX A

# John Tewhey, Ph.D., C.G.
## Senior Consultant

### Professional Profile

Mr. Tewhey has over 30 years of experience in the fields of geochemistry and hydrogeology, both in research and development and in environmental consulting. He has been the project manager and technical director on projects involving the assessment and remediation of hazardous waste and petroleum-contamination in soil, bedrock, and groundwater, including NPL, RCRA and CERCLIS sites. A significant portion of his work as an environmental consultant has involved providing peer review and second opinions of technical documents. Mr. Tewhey has provided litigation support services and reports on cases involving mercury, petroleum products, MTBE, coal tar, chlorinated solvents, PAHs, and PCBs in soil and groundwater. Mr. Tewhey has been a senior consultant at Woodard & Curran since 2000.

### Education

B.A., Chemistry and Geology, Colby College
M.S., Geological Sciences, University of South Carolina
Ph.D., Geochemistry, Brown University

### Professional Associations

American Institute of Hydrology (AIH)
Assoc. of Groundwater Scientists and Engineers (NWWA)
American Chemical Society
Geological Society of Maine

### Related Experience

*TEWHEY ASSOCIATES, South Portland, ME*

The firm of Tewhey Associates was established in January 1987 for the purpose of providing consultation and technical services in the fields of hydrogeology, geochemistry, geology and solid waste management.

*Selected Project Descriptions:*

- Petroleum-Contaminated Sites: A chain of 29 service stations and bulk storage facilities in Maine went through bankruptcy. All of the sites were known to have petroleum contamination in soil and/or groundwater. Tewhey Associates was contracted by the loan institution to evaluate and remediate, as necessary, each of the sites. All 29 sites were assessed, remediated, and ultimately released for sale by the Maine Department of Environmental Protection.

- PCB/Creosote/PCP-Contaminated Sites: Twenty-two service centers for an electrical utility company were assessed for the presence of polychlorinated biphenyls (PCBs), creosote, and pentachlorophenol (PCP) and interim license closure plans were developed for submittal to the regulatory agency. Closure of the sites has consisted of field/laboratory testing and subsequent remediation of PCBs, creosote, and PCP.

- As the Project Manager of the Portland Brownfields Program, Mr. Tewhey has been responsible for oversight and technical leadership of the project and communication with municipalities, regulators and planners. As part of this project, Mr. Tewhey oversaw the completion of EPA-approved QAPP following the Brownfields QAPP protocol. Mr. Tewhey has personally conducted the Phase I and Phase II projects in the field and has been involved in public outreach in order to gain intimate understanding of the environmental and non-environmental issues of each project.

- Maine Environmental Priorities Project (MEPP): Mr. Tewhey served on the Steering Committee of 37 people from Maine business, state government, and environmental organizations who, over the three years period from 1992 to 1995, established a prioritized listing of environmental problems facing the people of Maine and proposed methods of risk management for those problems. The MEPP project was funded by the USEPA and private donations.

- Community Outreach for Shipyard Expansion: Mr. Tewhey was responsible for coordination and implementation of outreach to environmental organizations and community groups during the permitting process for a $300M expansion at the Bath Iron Works (BIW) shipyard in Bath, Maine. In undertaking the project, BIW provided interested parties an opportunity to review and comment on work plans and study results during the entire course of the project.

## *MEMBER, MAINE BOARD OF ENVIRONMENTAL PROTECTION*

- Mr. Tewhey was appointed by Gov. Angus King to the ten-member Board of Environmental Protection (BEP) in June 1995 and reappointed in June 1999. Mr. Tewhey served as chairman of the board from February 2000 to December 2002. The purpose of the BEP is to conduct permitting of projects of high public interest, evaluate appeals for DEP permits, and to participate in enforcement and rulemaking.

## *ADJUNCT FACULTY - UNIV. SOUTHERN MAINE, Gorham, ME*

- Instructor of undergraduate course entitled Applied Hydrogeology, fall 1987. On the basis of the Applied Hydrogeology course, Mr. Tewhey developed an 8-hour short course entitled Hydrogeochemistry that has been presented as part of the Geological Society of America Annual Northeast Section Meetings in Portland, Maine and Burlington, Vermont. The short course was also presented to the Maine Department of Environmental Protection in Augusta, Maine.

## *E.C. JORDAN CO., Portland, ME*

- Mr. Tewhey held the following positions with the firm: Section Leader, Earth Sciences (1981-82); Department Head, Geotechnical Services (1982-84); Division Leader, Environmental Services (1984-86); He served as technical director/project manager on over 20 hazardous waste sites, including Superfund sites in Massachusetts, Michigan, Tennessee, and Maine. He served as Program Manager on the multi-site, multi-year HAZWRAP contract (Oak Ridge National Laboratory) to conduct RI/FS/RA studies at Air Force installations in the northeastern U.S. He also served as technical director for geochemistry of a Department of Energy (DOE) project to evaluate selected crystalline rock bodies in the northeastern U.S. as potential nuclear waste repository sites. E.C. Jordan was a subcontractor to Woodward-Clyde Consultants on the DOE project.

- Mr. Tewhey served as a member of the quality review team for 75% of the hazardous waste projects completed by E.C. Jordan Co. during his six-year tenure with the firm, and provided expert testimony as a hydrogeologist.

*LAWRENCE LIVERMORE NATIONAL LABORATORY*, University of California, Livermore, CA

- Mr. Tewhey held positions of: Staff Scientist (1974-76); Group Leader (1976-78); Project Manager (1978-81). As Project Manager, he was responsible for a $2,000,000/year nuclear waste management program which included the development, characterization, stability assessment and production technology of SYNROC, a ceramic waste form for the encapsulation of U.S. defense wastes stored at the Savannah River plant in South Carolina. He also had responsibility for a program to assess radionuclide migration in geologic media, including waste form leaching, rock sorption, field tracer studies in fractured rock, and in the use of geochemical equilibrium codes to evaluate radionuclide migration.

- Mr. Tewhey conducted field exploration and laboratory analysis in order to characterize the hydrogeology and geochemistry of the Salton Sea Geothermal Reservoir in southern California.

## UNITED STATES AIR FORCE

- Geodetic Survey Officer, F.E. Warren AFB, WY

- Fuels Management Officer, McGuire AFB, NJ; Kunsan AFS, Korea; and Homestead AFB, FL.

- Discharged in 1971 with the rank of Captain.

## Publications

Tewhey, John D.; Brooke E. Barnes; and John S. Williams. "Permitting Environmental Projects in Maine, The Regulators Vantage Point, DEP, BEP, and LURC," proceedings of the Maine State Bar Association; December 2000.

Tewhey, John D.; Jeanne T. Cohn-Connor, and Peter J. Wiley; 1994. "A Practical Guide to Environmental Regulation in Maine," proceedings of the National Business Institute Seminar (04M2005); 230 p., April 1995.

Tewhey, John D.; Richard L. Fortin, and Matthew D. Reynolds; 1994. "A Synopsis of Many Lessons Learned while Conducting Assessment and Remediation at Petroleum Storage Sites" in Lessons Learned in the Remediation of Petroleum-Contaminated Sites in Maine, Second Annual Conference of the Consulting Engineers of Maine and the Maine Department of Environmental Protection, p. 1-8, April 1994.

## Previous Testimony and Deposition

|  |  |
|---|---|
| Case: | State of Vermont vs. WESCO and Odessa Corp. |
| Deposition Date: | April 2, 2002 and September 4, 2002 |
| Court, docket No.: | State of Vermont, Chittenden County, Vermont District Court 3105-6-01 and 3133-6-01 |

# APPENDIX B

**HUTH OIL**

Alexander & Alexander; M. Margiotta, 1995. Letter dated January 18, 1995 to Interested Underwriters enclosing documentation from Black & Decker, re: Huth Oil Site matter. Includes July 1, 1994 information letter.

Arter & Hadden; M. Tower, 1991. Letter to J. Ensor of Miles & Stockbridge enclosing interview transcripts from Consulting Investigators, Inc. dated November 20, 1991.

Black & Decker. Motion to Dismiss. Plaintiff: Centerior Service Company and General Electric Company; Defendants: Allied Signal Inc., Black & Decker Corporation and Rockwell International Corporation.

Black & Decker, 1996. Claim letter dated August 16, 1996 to Paul Harris of The Home Insurance Company, re: formal demand.

Fuller & Henry, D. Harnam, 1996. Letter to L. Phillips of Irell & Manella dated October 6, 1996, re: Huth Oil Superfund Mediation.

Generator Inspection Report, 1981.

Huth Oil Site Fact Sheet.

Lynch, T., 1995. Memorandum to M. Hwang dated August 16, 1995 regarding the joint report of Planning Meeting between Plaintiffs and Defendants.

Memorandum in Support of Defendant Black & Decker's Motion to Dismiss.

NPL worksheet, 1990.

Ohio EPA, 1991. Letter with site listing.

Ohio EPA, M. Lonnie Terry, 1997. Letter dated January 15, 1997 enclosing all available information on Huth Oil Company.

Part A Application, 1980.

Site Settlement Agreement, May 3, 1994 between Ashland Chemical Company, Centerior Services Company, as Agent for the Cleveland Electric Illuminating Company, and General Electric Company (a/k/a Huth Oil Group).

Stutzman, Richard, 1995. Centerior Service Company et al., v. Acme Scrap Iron and Metal Corp., et al. Nos. 1:94 CV 1588 to 1:94 CV 1592. U.S. District Court Northern District of Ohio – Eastern Division (Dep. Richard Stutzman) (September 12, 1995).

The Huth Oil Group, 1994. Memorandum dated March 30, 1994 to Huth Oil Site PRPs, re: Revised Site Settlement Agreement dated April 15, 1994 and Huth Oil Settlement Process Status Report and Meeting Notice.

Thompson, Hine and Flory; D. Dumas, 1994. Letter to H. Rodgville of Black & Decker dated April 6, 1994 enclosing copies of documents in their possession.

USEPA, 1990. Letter enclosing an Administrative Order, October 5, 1990.

USEPA, 1990. Administrative Order issued on October 5, 1990 in the matter of the Huth Oil Services Company Site. USEPA Region V Dock No. V-W-90-C-74.

USEPA, 1997. List of Potentially Responsible Parties Receiving Information Requests dated April 26, 1990 and May 23, 1990; Letter dated February 11, 1997, to C. Mall of Warner & Stackpole from US EPA enclosing documents in response to their Freedom of Information Act requested dated January 10, 1997. Documents include EPA Potential Hazardous Waste Site Preliminary Assessment dated September 5, 1990

USEPA, 1997. Letter dated February 18, 1997 to C. Mall of Warner & Stackpole from US EPA enclosing the Waste, Pesticides and Toxics Division response to Freedom of Information Act request. Documents include 1991 OHEPA letter with site listing; 1990 NPL worksheet; 1981 Generator Inspection Report; 1980 Part A Application.

# EXPERT STATEMENT

Prepared For:
**Liberty Mutual Insurance Company**

For Use In The Action
*Liberty Mutual Insurance Company v.*
*The Black & Decker Corporation et al.*
U.S.D.C., D. Mass., C.A. No. 96-10804-DPW

April 4, 2003

Prepared by:

John D. Tewhey, Ph.D.
Senior Consultant

**Woodard & Curran**
41 Hutchins Drive
Portland, Maine 04102

I, John D. Tewhey, Ph.D., previously submitted five (5) expert reports (dated February 27, 2003) for the following sites on behalf of Liberty Mutual Insurance Company in the matter of <u>Liberty Mutual v. Black & Decker et al.</u>:

1. J.C. Rhodes, New Bedford, MA
2. Whitman, MA
3. Harmonic Drive, Wakefield, MA
4. W.W. Cross, Jaffrey, NH
5. Huth Oil, Cleveland, OH

The reports prepared for J.C. Rhodes, Whitman, Harmonic Drive, and W.W. Cross were authored in conjunction with Franklin E. Woodard, Ph.D., P.E. Opinions in these reports are offered independently either by me or by Dr. Woodard.

I have read the reports provided to me by Liberty Mutual Insurance Company that were submitted by experts on behalf of Black & Decker. I disagree with the opinions stated in those reports, insofar as those opinions are inconsistent with the opinions stated in my reports regarding this matter. At trial, I will offer my opinions and bases for those opinions in rebuttal to the opinions stated by these Black & Decker experts, as well as in support of Liberty Mutual Insurance Company. As previously stated in my expert reports, I reserve the right to add to or modify my opinions as information may become available.

_____    4/4/03
John D. Tewhey, Ph.D.         Date